IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02668-DME-MJW

LISA M. HANEY,

Plaintiff,

vs.

HOME DEPOT U.S.A., INC.

    Defendant.

---

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

---

THIS COURT, having considered the *Joint Motion to Dismiss With Prejudice*, and for good cause shown:

IT IS HEREBY ORDERED that the Motion is granted, and that the above-referenced action be dismissed with prejudice, both sides to bear their own costs and attorneys' fees.

DONE AND SIGNED this 21st day of March, 2008.

                                          *s/ David M. Ebel*
                                          UNITED STATES DISTRICT COURT